☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     **08 CRIM 298**

    - v. -                                :     NOTICE OF INTENT TO
                                              <u>FILE AN INFORMATION</u>
ANDRE GIBBS,
    a/k/a "Dre,"                          :

            Defendant.          :

- - - - - - - - - - - - - - - x

**JUDGE LYNCH**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          April 3, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: _____
                              Benjamin A. Naftalis
                              Assistant United States Attorney

                         AGREED AND CONSENTED TO:

                         By: _____
                              Martin Geduldig, Esq..
                              Attorney for Andre Gibbs

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 4/3/08]

4/3/08 WHEEL A