UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                :
:          08 CR. 298 (GEL)
- v -                                    :
:          **ORDER**
ANDRE GIBBS,                             :
:
            Defendant.                   :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The Court has received a letter from defense counsel requesting an adjournment of the conference scheduled for May 27, 2008, and for exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought because defense counsel is unavailable due to a trial in New York State Supreme Court, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

     1. The conference is adjourned to June 13, 2008, at 10:30 a.m.

     2. The time from May 27, 2008, until June 13, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       May 27, 2008

                                                          GERARD E. LYNCH
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08