```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| -v.- | : | S1 08 CR. 298 (GEL) |
| ANDRE GIBBS | : | |
| Defendant. | : | |

------------------------------

The above-mentioned defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open court, prosecution by indictment and consents that the proceedings may be by information instead of by indictment.

Dated:    June 13, 2008

_____
Defendant

_____
Witness

_____
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
JUN 13 2008