```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    GOVERNMENT'S FORFEITURE
                                    :    BILL OF PARTICULARS
                                    :    21 U.S.C. § 853
        -v-                         :
                                    :
ANDRE GIBBS,                        :    S1 08 Cr. 298 (GEL)
    a/k/a "Dre,"                    :
                                    :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Information, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

   $25,000.00 in United States currency seized on or about January 10, 2008 from 3718 Columbia Pike, Apt. #4, Arlington, Virginia.

Dated: New York, New York
    July 10, 2008

            Respectfully Submitted,

            MICHAEL J. GARCIA
            United States Attorney


      By: _____/s/_____
         BENJAMIN A. NAFTALIS
         Assistant United States Attorney
         Telephone: (212) 637-2456