```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :   GOVERNMENT'S FORFEITURE
                                    :   BILL OF PARTICULARS
                                    :   21 U.S.C. § 853
        -v-                         :
                                    :
ANDRE GIBBS,                        :   08 Cr. 298 (GEL)
    a/k/a "Dre,"                    :
                                    :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Information, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

> $25,000.00 in United States currency seized on or about January 10, 2008 from ███████████████, Arlington, Virginia.

Dated:   New York, New York
         July 11, 2008

                            Respectfully Submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                    By:          /s/
                            BENJAMIN A. NAFTALIS
                            Assistant United States Attorney
                            Telephone: (212) 637-2456