**CERTIFICATE OF SERVICE**

    ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

    That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

    That on July 11, 2008, she caused one copy of a Bill of Particulars, dated July 11, 2008, in the case of <u>United States</u> v. <u>Gibbs</u>, 08 CR 298 (GEL), to be delivered by certified mail to:

    Martin Geduldig, Esq.
    600 Old Country Road, Suite 320
    Garden City, New York 11530

    Andre Gibbs, ID# 72514-083
    Metropolitan Detention Center
    P.O. Box 329002
    Brooklyn, New York 11232

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
            July 11, 2008

*[signature: Anna E. Arreola]*

ANNA E. ARREOLA
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2218