<u>Request for Adjournment</u>

TO:    <u>Honorable Gerard E. Lynch</u>    OFFENSE:  <u>Conspiracy to Possess With Intent</u>
       U.S. District Court Judge                      <u>to Distribute Cocaine</u>

From:  Ross N. Kapitansky             Original Sentence Date: September 19, 2008
       Sr. U.S. Probation Officer

                                      Required Submission to Counsel Date:
Re:    Andre Gibbs                    (35 Days) August 15, 2008
       DKT. # S1 08 CR 298 (GEL)

Date:  August 21, 2008
                                      Defense Counsel :  Martin Geduldig, Esq.

AUSA:  Benjamin Naftalis
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This adjournment is requested for the following reason:

Andre Gibbs pled guilty before Your Honor on June 13, 2008, and sentencing was scheduled for
September 19, 2008.  We are awaiting criminal history information from U.S. Probation for the
Eastern District of Virginia which may directly impact the defendant's guideline calculations.
Specifically, it appears that the defendant may qualify as a Career Offender pursuant to §4B1.1.

We have informed the government and defense counsel regarding the adjournment request and as
of this writing, we have not received a response.

For the abovementioned reasons, the U.S. Probation Office is respectfully requesting an adjournment
in sentencing of approximately four weeks.

It is requested that Your Honor indicate the Court's decision as provided on the following page.
Counsel will be notified by copy of this form.

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____    │
│ DATE FILED: 8/26/08     │
└─────────────────────────┘
```

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

*Ross N. Kepitans*
Ross N. Kapitansky
Senior U.S. Probation Officer
212-805-05165

Approved By:

*Kathleen Coad*
Kathleen Coad
Supervising U.S. Probation Officer

8/21/08
Date

DKT. S1 08 CR 298 (GEL)

1.    AN ADJOURNMENT IS GRANTED: _____✓_____

   IF APPROVED, NEW DATE OF SENTENCE 10/17/08 TIME & ROOM 2 p.m. Rm. 6B

2.    REQUEST IS DENIED _____

   _____Aug. 26, 2008_____                    _____Gerard E. Lynch_____
   DATE                                        U.S. DISTRICT COURT JUDGE

NY 468