```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :     ORDER PURSUANT TO
            -v-                  :     21 U.S.C. § 853
                                 :
ANDRE GIBBS,                     :     08 Cr. 298 (GEL)
     a/k/a "Dre,"                :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - x

        WHEREAS, the Government has moved for an Order authorizing the United States and its agencies to maintain custody of the properties described below pending the conclusion of the above-referenced criminal case:

        Approximately $25,000.00 in United States currency seized on or about January 10, 2008, from 3718 Columbia Pike, Apt. #4, Arlington, Virginia (the "Seized Asset");

        WHEREAS, the Seized Asset is already in the lawful custody of the Government;

        WHEREAS, the Government has represented to the Court that the Seized Asset will be available for forfeiture at the conclusion of the pending criminal case; and

        WHEREAS, the Seized Asset is alleged to be forfeitable to the United States pursuant to 21 U.S.C. § 853; and

        WHEREAS, 21 U.S.C. § 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

        IT IS HEREBY ORDERED, that the United States and its

agencies, including the Drug Enforcement Administration and/or the United States Marshals Service, are authorized to maintain and preserve the Seized Asset until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated:   New York, New York
         August 2̲8̲, 2008

                              SO ORDERED:

                              _____
                              HONORABLE GERARD E. LYNCH
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

2